UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　Plaintiff,<br>v.<br><br>ALCOINVEST, LLC, a California Limited Liability Company;<br>PROPANE SPOT, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-10014-AFM<br><br>**ORDER [proposed]** |

　　　　The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for **Tuesday, April 2, 2019 at 10 am**, at which the parties, by and through their attorneys of record shall show cause why this case has not been dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated, and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: 1/30/2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ALEXANDER F. MACKINNON
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge